IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN W. WALLACE,

    Plaintiff,

  v.

STATE OF CALIFORNIA,

    Defendant.
                                  /

No. MISC 11-80088 WHA

**ORDER DENYING PERMISSION TO FILE COMPLAINT**

       On November 17, 2004, Judge Fern Smith issued an order subjecting plaintiff John W. Wallace to pre-filing review. On April 18, 2011, plaintiff attempted to file a two-page document he titles "complaint" against the State of California. The purported complaint does not state a claim against defendant; indeed, it is difficult to decipher the meaning of the words in the handwritten document. Accordingly, plaintiff is not permitted to file his complaint.

       **IT IS SO ORDERED.**

Dated: May 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE